IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COREY RAY DIGGS, | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | §   No. 3:25-cv-1312-B |
| | § |
| PROESIS BIO LLC, ET AL., | § |
| | § |
| Defendants. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Corey Ray Diggs's motion for preliminary injunction [Dkt. No. 5].

SO ORDERED this 4th day of August, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE