IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY RAY DIGGS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1312-B |
| | § | |
| PROESIS BIO INC. and PROESIS BIO LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **GRANTS** Plaintiff Corey Ray Diggs's motion to amend [Dkt. No. 26] to the extent that he is **ORDERED** to file by **14 days** after entry of this order a third amended complaint with a corrected caption; **DENIES AS MOOT** Diggs's motion for extension [Dkt. No. 27]; **DENIES** Diggs's motion to strike [Dkt. No. 31]; and *sua sponte* **STRIKES** Defendant Proesis Biologics, Inc.'s unauthorized and redundant second answer to the second amended complaint [Dkt. No. 34].

SO ORDERED.

DATE: October 27, 2025.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE